UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

HEIDI A. STAFFORD AND TYSON J. STAFFORD,

    Debtors.

_____

HEIDI A. STAFFORD AND TYSON J. STAFFORD,

    Plaintiffs,

v.

NAVIENT SOLUTIONS, INC, PNC BANK, N.A. AND NATIONAL COLLEGIATE TRUST

    Defendants.

Case No. 13-19709

(Chapter: 7)

Adv, Pro.

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS

Heidi A. Stafford And Tyson J. Stafford, the Debtors and Plaintiffs in this case ("Staffords"), file their Complaint to Determine Dischargeability of Student Loan Debt pursuant to 11 USC § 523(a)(8) and state:

**I.**

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this action under 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B) and (I) and (O).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE 200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

## II.

## PARTIES

3. The Plaintiffs are individuals and Chapter 7 Debtors in the above referenced bankruptcy case.

4. Defendant Navient Solutions, Inc ("Navient") who services loans for SLM Education Credit Finance Corporation ("SLM ECFC") may be served by mail sent to Albert L. Lord, the CEO, or other officers of the Corporation at 12061 Bluemont Way, Reston, VA 20190.

5. Defendant National Collegiate Trust may be served by mail to its registered agent, Delaware Trust Company, N.A., 300 Delaware Ave, 9th Floor, Wilmington, DE 19801.

6. Defendant PNC Bank, N.A. may be served may be served by certified mail sent to its CEO, William S. Demchak at the PNC Financial Services Group, Inc., 249 Fifth Avenue, Pittsburgh, PA 15222.

## III.

## FACTUAL BACKGROUND

7. The Staffords filed their voluntary petition for relief under Chapter 11 of the United States Code (the "Bankruptcy Code") on October 31, 2013, and converted the case to Chapter 7 on July 10, 2014.

8. The Staffords are obligated to pay Navient as servicer for student loans held by SLM ECFC in the estimated amount of $492,156.44 as evidenced by the **Exhibit A and Exhibit B** to this Complaint. The Plaintiffs co-signed many of these loans for each other.

9. The Staffords are obligated to pay National Collegiate Trust in the estimated amount of $93,628.41.

10. The Staffords are obligated to pay PNC Bank, N. A. the estimated amount of $39,750.17.

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 14-01458-TWD    Doc 1    Filed 12/08/14    Ent. 12/08/14 17:16:52    Pg. 2 of 19

11. Heidi Stafford is obligated to pay Nelnet on behalf of the US Department of Education the estimated amount of $67,587.90. She consolidated her student loans under the Income Contingent Borrower Repayment program with the William Ford Direct Loan program prior to bankruptcy and currently has a $0.00 payment plan.

12. Tyson Stafford is obligated to pay FedLoan Servicing on behalf of the US Department of Education the estimated amount of $68,784.49. He consolidated his student loans under the Income Contingent Borrower Repayment program with the William Ford Direct Loan program prior to bankruptcy and currently has a $0.00 payment plan.

13. The total student loans for the Staffords are estimated at $761,907.40.

14. Plaintiffs Heidi A. Stafford is currently employed and Tyson J. Stafford is unemployed. Mrs. Stafford works as a casino dealer at the Red Dragon Casino in Seattle, WA where she is a table games dealer making minimum wage plus tips. Mr. Stafford was recently laid off as a bartender at the Lobby Bar in Seattle, WA. He is currently looking for work and freelances photography work when available.

15. Heidi A. Stafford looked into further employment as a professor of photography, but she was not able to transfer credits from Books Institute to the University of Washington to obtain a master's degree in photography. She was told that Brooks Institute was not regionally accredited.

16. Heidi Stafford worked as a wedding photographer for several years after graduation from Brooks Institute and Tyson Stafford worked as a freelance photographer, but neither of them were able to make ends meet and had few prospects to increase their wage employment in that field despite considerable efforts to do so.

17. The Staffords graduated from the Brooks Institute in 2008. At the time of their financial aid exit interview, Plaintiff Heidi A. Stafford received information from Brooks

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE 200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Institute that during her time at the school she received a total disbursement of student loans in the amount of $163,641.00, including $47,071.00 in federal student loans and $116,570.00 in private student loan. **Exhibit C**.

18. At the time of his financial aid interview, Plaintiff Tyson J. Stafford received information from Brooks Institute that during his time at the school he received a total disbursement of student loans in the amount of $160,641.00, including $47,071.00 in federal student loans and $160,641.00 in private student loans. **Exhibit D**.

19. In addition to the student loans received and processed through Brooks Institute, Tyson J. Stafford received a private student loan known as an ACT II College Loan from PNC Bank, NA for $30,000.00 in May 2008 with his wife Heidi Stafford as a co-signer on the loan.

20. Heidi A. Stafford also received additional private student loans from Bank of America in May 2007 from the Alpine Loan Program in the original amount of $33,519.55. Bank of America sold those loans to National Collegiate Trust.

21. Tyson J. Stafford also received additional private student loans from Bank of America in November 2006 from the Alpine Loan Program in the original amount of $33,149.17. Bank of America sold those loans to National Collegiate Trust.

22. Lastly, the Staffords were eligible and received Pell Grants during their education at Brooks Institute. Heidi A. Stafford received $3,560.00 for the 2007-2008 school year and $2,761.00 for the 2008-2009 school year. Tyson J. Stafford also received $3,560.00 for the 2007-2008 school year and $2,761.00 for the 2008-2009 school year.

## IV.

## CAUSES OF ACTION

**Count I – NON DISCHARGEABILITY UNDER SECTION 523(a)(8)**

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 14-01458-TWD    Doc 1    Filed 12/08/14    Ent. 12/08/14 17:16:52    Pg. 4 of 19

23. Plaintiffs repeat and re-allege the allegations set forth in paragraphs 1 through 22 of this Complaint as set forth at length herein.

24. Bankruptcy Code Section 523(a)(8) provides, in relevant part, that:

a) a discharge under section 727, 1141, 1228(a), 1228(b) or 1328(b) of this title does not discharge an individual debtor from any debt –

b) unless excepting such debt from discharge under this paragraph would impose undue hardship on the debtor and the debtor's dependents, for –

(A)(i) an educational benefit overpayment or loan made, insured, or guaranteed by a governmental unit, or made under any program funded in whole or in part by a governmental unit or nonprofit institution; or

(ii) an obligation to repay funds received as an educational benefit, scholarship, or stipend; or

(B) any other educational loan that is a qualified education loan, as defined in section 221(d)(1) if the Internal Revenue Code of 1986, incurred by the debtor who is an individual;

25. Section 221(d)(1) of the Internal Revenue Code provides, in pertinent part, that:

**(1) Qualified education loan**

The term "qualified education loan" means any indebtedness incurred by the taxpayer solely to pay qualified higher education expenses----

(A) which are incurred on behalf of the taxpayer, the taxpayer's spouse, or any dependent of the taxpayer as of the time the indebtedness was incurred,

(B) which are paid or incurred within a reasonable period of time before or after the indebtedness is incurred, and

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

(C) which are attributable to education finished during a period during which the recipient was an eligible student.

26. Upon investigation by Plaintiffs' attorney, Plaintiffs do not believe their loans to the Defendants meet requirements for the exemption from discharge provided under §523(a)(8) of the Bankruptcy Code.

27. Specifically, Plaintiffs do not believe that their loans meet the definitional requirements for exemption because they do not believe the loan was made for "qualified higher education expenses," that Brooks Institute was not an "eligible educational institution," and does not believe that they were "eligible students" as those terms are defined by 26 USC 221(d) which is referred in §523(a)(8)(B) for the discharge of "qualified educational loans."

28. Nor are Defendants' loans an educational benefit overpayment or loan made, insured, or guaranteed by a governmental unit or any program funded by a governmental unit or nonprofit institution. And Defendants' claim do not stem from an obligation to repay funds received as an educational benefit, scholarship, or stipend.

29. Since it is the Creditor's burden to establish that its claim qualifies for the exemption under §523(a)(8), Debtors requests that the Defendants do so.

**COUNT II - Undue Hardship**

30. Plaintiffs repeat and re-allege the allegations set forth in paragraphs 1 through 28 of this Complaint as set forth at length herein.

31. Student loans are excepted from discharge "unless excepting such debt from discharge under this paragraph will impose an undue hardship on the Debtors and the Debtors' dependents. 11 U.S.C. §523(a)(8).

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 14-01458-TWD    Doc 1    Filed 12/08/14    Ent. 12/08/14 17:16:52    Pg. 6 of 19

32. Plaintiffs request that the Court determine that the debts owed to the above named Defendants are discharged pursuant to Section 523(a)(8) because excepting such debt from discharge will work an undue hardship on Plaintiffs and Plaintiff's dependents.

WHEREFORE, the Plaintiffs requests the Court to:

(1) Declare that the subject loan does not meet the statutory definitions provided in 18 USC §523(a)(8) for exception from discharge and is therefore dischargeable under 11 USC §727;

(2) Alternatively, in the event the Court does determines the loan is excepted from discharge as an educational loan, Debtors prays for an order from the Court declaring the loan dischargable under 11 USC §523(a)(8) as an undue hardship to the Debtors.

Dated this December 8, 2014

HENRY, DEGRAAFF & MCCORMICK, P.S.


By: */s/ Christina L Henry*
Christina L Henry, WSBA# 31273
Attorney for the Plaintiffs

**HENRY, DEGRAAFF & MCCORMICK, P.S.**
1833 N 105TH ST, SUITE200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 14-01458-TWD    Doc 1    Filed 12/08/14    Ent. 12/08/14 17:16:52    Pg. 7 of 19

# EXHIBIT A

**HENRY, DEGRAAFF & MCCORMICK, P.S.**
1833 N 105ᵀᴴ ST, SUITE200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Borrower Name: Heidi A Stafford
Acct# ████4630

| CLASS/FDR Loan # | Loan type | Disbursement Date | Amount | Outstanding Loan Balance/Principal Balance | Unpaid/Accrued interest // Interest accrued each Billing Cycle | Late/Fees | Other charges | Cycle/Due Date | Cosigner | claim and loan information | loan owner |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Excel Grad | 12/3/2003 | $5,376.34 | $5,797.73 | $24.72 | $0.00 | $0.00 | 8 | | | SLM ECFC |
| 2 | Signature | 11/8/2005 | $30,573.00 | $89,061.94 | $783.84 | $0.00 | $0.00 | 8 | | | SLM ECFC |
| 6 | Signature | 7/11/2006 | $29,501.00 | $60,919.51 | $384.45 | $0.00 | $0.00 | 8 | | claim 8-1 | SLM ECFC |
| 9 | Signature | 3/6/2007 | $24,346.00 | $46,811.60 | $295.38 | $0.00 | $0.00 | 8 | Tyson Stafford | claim 9-1 | SLM ECFC |
| 12 | Signature | 11/6/2007 | $21,722.00 | $34,917.30 | $187.40 | $0.00 | $0.00 | 8 | Tyson Stafford | claim-10-1 | SLM ECFC |
| 15 | Signature | 7/21/2008 | $10,428.00 | $18,600.90 | $131.34 | $0.00 | $0.00 | 8 | Tyson Stafford | claim 11-1 | SLM ECFC |

EXHIBIT A

# EXHIBIT B

Henry, DeGraaff & McCormick, P.S.
1833 N 105th St, Suite200
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609

Borrower Name: Tyson J Stafford  
Acct# ████1265

| CLASS/F DR Loan # | Loan type | Disbursement Date | Amount | Outstanding Loan Balance/Principal Balance | Unpaid/Accrued interest // Interest accrued each Billing Cycle | Late/Fees | Other charges | Cycle/Due Date | Cosigner | claim and loan information | loan owner |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Signature | Signature | 10/25/2005 | $26,474.00 | $75,405.52 | $595.76 | $0.00 | $0.00 | 21 | | claim 14-1 | SLM ECFC |
| 7 Signature | Signature | 7/11/2006 | $29,620.00 | $60,453.72 | $352.72 | $0.00 | $0.00 | 21 | | claim 12-1 | SLM ECFC |
| 10 Signature | Signature | 3/20/2007 | $24,701.00 | $46,840.50 | $273.42 | $0.00 | $0.00 | 21 | Heidi Stafford | claim 13-1 | SLM ECFC |
| 13 Signature | Signature | 11/6/2007 | $22,222.00 | $35,372.47 | $177.52 | $0.00 | $0.00 | 21 | Heidi Stafford | claim 15-1 | SLM ECFC |
| 16 Signature | Signature | 7/21/2008 | $10,553.00 | $16,975.25 | $120.56 | $0.00 | $0.00 | 21 | Heidi Stafford | | SLM ECFC |

EXHIBIT B

# EXHIBIT C

HENRY, DeGRAAFF & McCORMICK, P.S.
1833 N 105TH ST, SUITE200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

*Heidi, Stafford, 1810 NE 177th ST, Shoreline, WA 98155;*

**Total of all loans disbursed: $163,641**

### Summary of loans disbursed to you at Brooks Institute

The information below represents the loan amounts that were delivered to the institution by your loan provider. The actual amount borrowed may be greater, because any fees deducted by your loan provider will be added to your loan debt. Your loan provider will send you more specific repayment information.

You may also review your federal loan information (i.e., Subsidized Federal Stafford Loan, Unsubsidized Federal Stafford Loan and Graduate PLUS Loan) by logging on to the National Student Loan Data System (NSLDS) at http://www.nslds.ed.gov.

| **Federal Subsidized Stafford Loan** - Total Awarded: $22,381 | | |
|---|---|---|
| $2,546 | 10/28/05 - 06/24/06 | 809081 - Stillwater National Bank |
| $3,500 | 07/14/06 - 03/03/07 | 809081 - Stillwater National Bank |
| $5,445 | 03/09/07 - 10/27/07 | 809081 - Stillwater National Bank |
| $5,500 | 11/02/07 - 06/21/08 | 809081 - Stillwater National Bank |
| $5,390 | 07/11/08 - 12/20/08 | 809081 - Stillwater National Bank |

| **Federal Unsubsidized Stafford Loan** - Total Awarded: $24,690 | | |
|---|---|---|
| $3,880 | 10/28/05 - 06/24/06 | 809081 - Stillwater National Bank |
| $4,000 | 07/14/06 - 03/03/07 | 809081 - Stillwater National Bank |
| $4,950 | 03/09/07 - 10/27/07 | 809081 - Stillwater National Bank |
| $5,000 | 11/02/07 - 06/21/08 | 809081 - Stillwater National Bank |
| $6,860 | 07/11/08 - 12/20/08 | 809081 - Stillwater National Bank |

**Total of all federal loans disbursed: $47,071. Remember, the amount disbursed above does not include loan fees and the repayment terms can vary.**

The following is provided as an estimate of the average anticipated monthly repayment amount you might expect based on the amount of your indebtedness. Examples of monthly repayment amounts given below are based on standard repayment options consisting of equal monthly installments over a period of up to 120 months (10-years) and the amount disbursed above. **Because student loan payments will be at least $50 per month, certain loan balances may be repaid in less than 120 months.** In this example, payments and interest amounts are rounded. *These figures are provided as estimates only, to provide you with a general idea of your monthly payment amount. There are online loan repayment calculators available as well, check out*: http://www.finaid.org/calculators/loanpayments.phtml or http://studentaid.ed.gov (click on Repay Your Loans).

Repayment terms can vary from those shown, depending on the type of loan and date of first disbursement. Please contact your loan provider for more detailed information.

EXHIBIT C

| Total federal education loans disbursed amount $47,071 with repayment term of up to 120 months | If your interest is: | | |
|---|---|---|---|
| | 6.8 % | 8.25 % | 9 % |
| The anticipated monthly payment amount would be | $ 541.70 | $ 577.34 | $ 596.28 |

**Federal Aggregate (total combined borrowing) Loan Limits**

- Dependent Undergraduate $31,000 (combined subsidized and unsubsidized) with subsidized limit of $23,000
- Independent Undergraduate $57,500 (combined subsidized and unsubsidized) with subsidized limit of $23,000
- Graduate $138,500 (combined subsidized and unsubsidized and includes amount from undergraduate loans) with a subsidized limit of $65,500
- Graduate PLUS no dollar aggregate but may not exceed COA(-) other Aid

EXHIBIT C

| | | | |
|---|---|---|---|
| **Alternative Loan** - Total Awarded : $116,570 | | | |
| | $30,573 | 10/28/05 - 06/24/06 | Stillwater - ALTLN/RECOURSE/ELF |
| | $29,501 | 07/14/06 - 03/03/07 | Stillwater - ALTLN/RECOURSE/ELF |
| | $24,346 | 03/09/07 - 10/27/07 | 900977 - Sallie Mae Bank of Utah |
| | $21,722 | 11/02/07 - 06/21/08 | 900977 - Sallie Mae Bank of Utah |
| | $10,428 | 07/11/08 - 12/20/08 | 900977 - Sallie Mae Bank of Utah |

**Total of all loans disbursed: $163,641**

**Contact Information:**

If you have questions, contact your lender or *servicer*:

**809081 - Stillwater National Bank**, PO Box 9425, WILKES BARRE, PA, 18773-9425, (888)272-4665

**900977 - Sallie Mae Bank of Utah**, PO Box 9435, WILKES BARRE, PA, 18773-9435, (888)272-4665

**Stillwater - ALTLN/RECOURSE/ELF**, 1002 Arthur Dr, Lynn Haven, FL, 32444, (800)828-0290

*Sallie Mae Loan Servicing Center*, *1002 Arthur Dr., Lynn Haven, FL, 32444, (888)272-5543*

EXHIBIT C

# EXHIBIT D

HENRY, DeGRAAFF & McCORMICK, P.S.
1833 N 105TH St, SUITE200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

*Tyson, Stafford, 1810 NE 177th St., Shoreline, WA 98155;*

**Total of all loans disbursed**: **$160,641**

**Summary of loans disbursed to you at Brooks Institute**

The information below represents the loan amounts that were delivered to the institution by your loan provider. The actual amount borrowed may be greater, because any fees deducted by your loan provider will be added to your loan debt. Your loan provider will send you more specific repayment information.

You may also review your federal loan information (i.e., Subsidized Federal Stafford Loan, Unsubsidized Federal Stafford Loan and Graduate PLUS Loan) by logging on to the National Student Loan Data System (NSLDS) at http://www.nslds.ed.gov.

| **Federal Subsidized Stafford Loan** - Total Awarded: $18,931 | | |
|---|---|---|
| $2,546 | 10/28/05 - 06/24/06 | 809081 - Stillwater National Bank |
| $3,500 | 07/14/06 - 03/03/07 | 809081 - Stillwater National Bank |
| $5,445 | 03/09/07 - 10/27/07 | 809081 - Stillwater National Bank |
| $5,500 | 11/02/07 - 06/21/08 | 809081 - Stillwater National Bank |
| $1,940 | 07/11/08 - 12/20/08 | 809081 - Stillwater National Bank |

| **Federal Unsubsidized Stafford Loan** - Total Awarded: $28,140 | | |
|---|---|---|
| $3,880 | 10/28/05 - 06/24/06 | 809081 - Stillwater National Bank |
| $4,000 | 07/14/06 - 03/03/07 | 809081 - Stillwater National Bank |
| $4,950 | 03/09/07 - 10/27/07 | 809081 - Stillwater National Bank |
| $5,000 | 11/02/07 - 06/21/08 | 809081 - Stillwater National Bank |
| $10,310 | 07/11/08 - 12/20/08 | 809081 - Stillwater National Bank |

**Total of all federal loans disbursed: $47,071. Remember, the amount disbursed above does not include loan fees and the repayment terms can vary.**

The following is provided as an estimate of the average anticipated monthly repayment amount you might expect based on the amount of your indebtedness. Examples of monthly repayment amounts given below are based on standard repayment options consisting of equal monthly installments over a period of up to 120 months (10-years) and the amount disbursed above. **Because student loan payments will be at least $50 per month, certain loan balances may be repaid in less than 120 months.** In this example, payments and interest amounts are rounded. *These figures are provided as estimates only, to provide you with a general idea of your monthly payment amount. There are online loan repayment calculators available as well, check out*: http://www.finaid.org/calculators/loanpayments.phtml or http://studentaid.ed.gov (click on Repay Your Loans).

Repayment terms can vary from those shown, depending on the type of loan and date of first disbursement. Please contact your loan provider for more detailed information.

EXHIBIT D

| Total federal education loans disbursed amount $47,071 with repayment term of up to 120 months | If your interest is: | | |
|---|---|---|---|
| | 6.8 % | 8.25 % | 9 % |
| The anticipated monthly payment amount would be | $ 541.70 | $ 577.34 | $ 596.28 |

**Federal Aggregate (total combined borrowing) Loan Limits**

- Dependent Undergraduate $31,000 (combined subsidized and unsubsidized) with subsidized limit of $23,000
- Independent Undergraduate $57,500 (combined subsidized and unsubsidized) with subsidized limit of $23,000
- Graduate $138,500 (combined subsidized and unsubsidized and includes amount from undergraduate loans) with a subsidized limit of $65,500
- Graduate PLUS no dollar aggregate but may not exceed COA(-) other Aid

EXHIBIT D

| **Alternative Loan** - Total Awarded : $113,570 | | |
| --- | --- | --- |
| $26,474 | 10/28/05 - 06/24/06 | Stillwater - ALTLN/RECOURSE/ELF |
| $29,620 | 07/14/06 - 03/03/07 | Stillwater - ALTLN/RECOURSE/ELF |
| $24,701 | 03/09/07 - 10/27/07 | 900977 - Sallie Mae Bank of Utah |
| $22,222 | 11/02/07 - 06/21/08 | 900977 - Sallie Mae Bank of Utah |
| $10,553 | 07/11/08 - 12/20/08 | 900977 - Sallie Mae Bank of Utah |

**Total of all loans disbursed: $160,641**

**Contact Information:**

If you have questions, contact your lender or *servicer*:

**809081 - Stillwater National Bank**, PO Box 9425, WILKES BARRE, PA, 18773-9425, (888)272-4665

**900977 - Sallie Mae Bank of Utah**, PO Box 9435, WILKES BARRE, PA, 18773-9435, (888)272-4665

**Stillwater - ALTLN/RECOURSE/ELF**, 1002 Arthur Dr, Lynn Haven, FL, 32444, (800)828-0290

*Sallie Mae Loan Servicing Center*, *1002 Arthur Dr., Lynn Haven, FL, 32444, (888)272-5543*

EXHIBIT D