Entered on Docket July 16, 2015

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: <br><br> HEIDI A. STAFFORD AND TYSON J. STAFFORD, <br><br> Debtors. <br>_____ <br><br> HEIDI A. STAFFORD AND TYSON J. STAFFORD, <br><br> Plaintiffs, <br><br> v. <br><br> NAVIENT SOLUTIONS, INC, PNC BANK, N.A. AND NATIONAL COLLEGIATE TRUST <br><br> Defendants. | Case No. 13-19709 <br><br> (Chapter: 7) <br><br> Adv. Pro. 14-01458 <br><br><br> JUDGMENT RE DISCHARGE AS TO DEFENDANT PNC BANK, NA ONLY |

THIS MATTER having come before the Court on the Stipulation between Heidi A. Stafford And Tyson J. Stafford, the Debtors and Plaintiffs in this case ("Staffords"), and Defendant, PNC Bank, NA, by and through their respective undersigned counsel, for the hardship discharge of the educational loan held by PNC Bank, NA with a balance of approximately $41,828.78, and the dismissal of this adversary proceeding with prejudice as to Defendant, PNC Bank, NA only, this court having reviewed and considered the Stipulation; ~~and finding that the facts as set forth in the Complaint to be true~~, and finding good cause therefore:

JUDGMENT RE DISCHARGE AS TO DEFENDANT PNC BANK, NA ONLY - 1

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE 203
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

IT IS HEREBY ORDERED THAT:

The educational loan held by PNC Bank, NA is deemed discharged. Discharge pursuant to this order does not apply to any loans held by defendants National Collegiate Student Loan Trust and Navient Solutions, Inc.

/ / END OF ORDER / /

Presented by:

By: */s/ Christina L Henry*
Christina L Henry, WSBA# 31273
Attorney for the Plaintiffs


Approved as to Form by:

BISHOP, MARSHALL & WEIBEL, PS


By*: /s/ Katie A Axtell*
Katie A. Axtell, WSBA# 35545
of Bishop, Marshall & Weibel, PS

JUDGMENT RE DISCHARGE AS TO DEFENDANT PNC BANK, NA ONLY - 2

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE203
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 14-01458-TWD    Doc 34    Filed 07/16/15    Ent. 07/16/15 14:10:27    Pg. 2 of 2