Entered on Docket September 2, 2015

**Below is the Judgment of the Court.**



_____

**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | |
| HEIDI A. STAFFORD AND TYSON J. STAFFORD, | Case No. 13-19709 |
| Debtors. | (Chapter: 7) |
| _____ | Adv. Pro. 14-01458 |
| HEIDI A. STAFFORD AND TYSON J. STAFFORD, | JUDGMENT RE DISCHARGE AS TO DEFENDANT NATIONAL COLLEGIATE TRUST ONLY |
| Plaintiffs, | |
| v. | |
| NAVIENT SOLUTIONS, INC, PNC BANK, N.A. AND NATIONAL COLLEGIATE TRUST | |
| Defendants. | |

THIS MATTER having come before the Court on the Stipulation between Heidi A. Stafford And Tyson J. Stafford, the Debtors and Plaintiffs in this case ("Staffords"), and Defendant, National Collegiate Trust and specifically, National Collegiate Student Loan Trust 2007-1 and National Collegiate Student Loan Trust 2007-2, by and through their respective undersigned counsel, for the discharge of the educational loan held by National Collegiate Trust

JUDGMENT RE DISCHARGE AS TO DEFENDANT
NATIONAL COLLEGIATE STUDENT LOAN TRUST ONLY
- 1

HENRY, DeGRAAFF & McCORMICK, P.S.
1833 N 105TH ST, SUITE203
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

with a balance of approximately $41,828.78, and the dismissal of this adversary proceeding with prejudice as to Defendant, National Collegiate Trust only, this court having reviewed and considered the Stipulation; , and finding good cause therefore:

IT IS HEREBY ORDERED THAT:

1. The educational debt between Heidi A. Stafford and National Collegiate Student Loan Trust 2007-1 dated November 8, 2006 and referenced in the Stipulation between the parties is deemed discharged.

2. The educational debt between the Plaintiffs and National Collegiate Student Loan Trust 2007-2 dated May 9, 2007 and referenced in the Stipulation between the parties is nondischargeable pursuant to 11 U.S.C. Section 523(a)(8) of the United States Bankruptcy Code in the amount of $15,000. The balance of the loan in the approximate amount of $39,508.48 is hereby discharged. The terms of repayment are determined by the stipulation between the parties.

3. Discharge pursuant to this order does not apply to any loans held by defendant Navient Solutions, Inc.

/ / END OF ORDER / /

Presented by:

By: */s/ Christina L Henry*
Christina L Henry, WSBA# 31273
Attorney for the Plaintiffs

Approved as to Form by:

MARSHALL & WEIBEL, PS

By: */s/ Katie A Axtell*
Katie A. Axtell, WSBA# 35545
Of Marshall & Weibel, PS

JUDGMENT RE DISCHARGE AS TO DEFENDANT
NATIONAL COLLEGIATE STUDENT LOAN TRUST ONLY
- 2

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE203
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 14-01458-TWD    Doc 64    Filed 09/02/15    Ent. 09/02/15 09:17:29    Pg. 2 of 2