Entered on Docket September 4, 2015

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: <br><br> HEIDI A STAFFORD and TYSON J STAFFORD, <br><br> Debtors. | Bankruptcy No. 13-19709-TWD |
| HEIDI A STAFFORD and TYSON J STAFFORD, <br><br> Plaintiff, <br><br> v. <br><br> NAVIENT SOLUTIONS INC, PNC BANK NA, and NATIONAL COLLEGIATE TRUST, <br><br> Defendants. | Adversary No. 14-01458-TWD <br><br> **ORDER DENYING MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER came before the Court on the summary judgment motion filed by Heidi and Tyson Stafford ("Staffords"). The Court has reviewed and considered the summary judgment motion, all evidence submitted in support of and in opposition to the summary judgment motion, the records and
ORDER DENYING MOTION FOR SUMMARY JUDGMENT - 1
Case 14-01458-TWD    Doc 67    Filed 09/04/15    Ent. 09/04/15 17:15:21    Pg. 1 of 2

files in this adversary proceeding, and the oral argument on September 4, 2015. Specifically, the Court considered the pleadings and evidence appearing at Docket Nos. 1, 6, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 53, 55, 61, 62 and 63. The Court stated its reasons for denying the summary judgment motion on the record at the conclusion of the hearing on the summary judgment motion on September 4, 2015 as contemplated by Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56(a).

Now, therefore, it is hereby ORDERED that the Staffords' summary judgment motion is denied.

/// End of Order ///

ORDER DENYING MOTION FOR SUMMARY JUDGMENT - 2
Case 14-01458-TWD    Doc 67    Filed 09/04/15    Ent. 09/04/15 17:15:21    Pg. 2 of 2