Mark J. Giske, Esquire WSBA#15969
Giske Law Firm, PLLC
2661 N. Pearl St. PMB #359
Tacoma, WA 98407
Telephone: (253) 222-0050
Facsimile:  (253) 292-1455
Email: mgiskelaw@outlook.com

Attorneys for Navient Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**Seattle Division**

| | |
|---|---|
| In re:<br><br>HEIDI A. STAFFORD, and<br>TYSON J. STAFFORD,<br><br>      Debtors. | Bankr. Case No.: 13-19709-TWD<br><br>Chapter 7 |
| HEIDI A. STAFFORD, and<br>TYSON J. STAFFORD,<br><br>      Plaintiffs,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., PNC BANK, N.A., and NATIONAL COLLEGIATE TRUST,<br><br>      Defendants. | Adv. Proc. No.: 14-01458<br><br><br><br>**STIPULATION FOR SETTLEMENT BETWEEN PLAINTIFFS AND NAVIENT SOLUTIONS, INC. AND FOR DISMISSAL OF THIS ADVERSARY PROCEEDING** |

Plaintiffs, Heidi A. Stafford and Tyson J. Stafford ("Plaintiffs"), and Navient Solutions, Inc. ("Navient"), by and through their respective undersigned counsel, hereby stipulate as follows:

BETWEEN PLAINTIFFS AND NAVIENT
SOLUTIONS, INC. AND FOR DISMISSAL
OF THIS ADVERSARY PROCEEDING - 1

Mark J. Giske, Esquire WSBA#15969
Giske Law Firm, PLLC
2661 N. Pearl St. PMB #359
Tacoma, WA 98407
Telephone: (253) 222-0050
Facsimile:  (253) 292-1455
Email:  mgiskelaw@outlook.com

Case 14-01458-TWD    Doc 80    Filed 11/05/15    Ent. 11/05/15 10:07:09    Pg. 1 of 7

1. On October 31, 2013, Plaintiffs filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, on July 10, 2014 Plaintiffs bankruptcy was converted to a Chapter 7 case, and a discharge of eligible debts was entered on January 2, 2015.

2. On December 8, 2014, Plaintiffs filed a Complaint, naming Navient Solutions, Inc. as one of the Defendants, seeking a discharge of educational loan debt pursuant 11 U.S.C. §523(a)(8).

3. On January 23, 2015, Navient filed its Answer to Plaintiffs' Complaint; as of the date of this Stipulation, Navient is the only remaining defendant.

4. Plaintiff, Heidi A. Stafford ("Ms. Stafford"), is indebted to Navient pursuant to the applicable terms of six (6) educational loan Promissory Notes ("Ms. Stafford's Promissory Notes") executed by Ms. Stafford to obtain educational loans ("Ms. Stafford's Educational Loans") with approximate balances, as of the date of the filing of this adversary proceeding, as follows:

    a. one (1) Ms. Stafford's Educational Loan disbursed December 3, 2003, with a balance, including principal, interest and fees, totaling $6,039.38;

    b. one (1) Ms. Stafford's Educational Loan disbursed July 11, 2006, with a balance, including principal, interest and fees, totaling $64,677.16;

    c. one (1) Ms. Stafford's Educational Loan disbursed March 6, 2007, with a balance, including principal, interest and fees, totaling $49,698.74;

    d. one (1) Ms. Stafford's Educational Loan disbursed November 6, 2007, with a balance, including principal, interest and fees, totaling $36,748.96;

    e. one (1) Ms. Stafford's Educational Loan disbursed July 21, 2008, with a balance, including principal, interest and fees, totaling $19,884.63; and

    f. one (1) Ms. Stafford's Educational Loan disbursed November 8, 2005, with a balance, including principal, interest and fees, totaling $96,723.37.

STIPULATION FOR SETTLEMENT
BETWEEN PLAINTIFFS AND NAVIENT
SOLUTIONS, INC. AND FOR DISMISSAL
OF THIS ADVERSARY PROCEEDING - 2

Mark J. Giske, Esquire WSBA#15969
Giske Law Firm, PLLC
2661 N. Pearl St. PMB #359
Tacoma, WA 98407
Telephone: (253) 222-0050
Facsimile: (253) 292-1455
Email: mgiskelaw@outlook.com

Case 14-01458-TWD    Doc 80    Filed 11/05/15    Ent. 11/05/15 10:07:09    Pg. 2 of 7

5. The parties agree to a discharge of Ms. Stafford's liability on the debt due Navient, owing on Ms. Stafford's Educational Loans evidenced by Ms. Stafford's Promissory Notes described in Paragraph 4.a. through 4.e., as included within the general discharge entered in Plaintiffs' main bankruptcy case on January 2, 2015; upon approval of this Stipulation by the court, Ms. Stafford's debt to Navient, referenced in Paragragh 4.a. though 4.e. above, will be included within the general discharge entered in Plaintiffs' main bankruptcy case, and is therefore, discharged.

6. The parties agree that the balance of Ms. Stafford's Educational Loan referenced in Paragraph 4.f shall be reduced to $26,000.00 ("Ms. Stafford's Reduced Balance"), and the variable interest rate shall be reduced to a fixed rate of 1% ("Ms. Stafford's Reduced Interest"), and Ms. Stafford shall repay Ms. Stafford's Reduced Balance at Ms. Stafford's Reduced Interest rate as follows: $119.57 per month for a period of two hundred forty (240) consecutive months. The first monthly payment is due to be received by Navient on or before January 8, 2016, with subsequent payments to be received on the eighth (8th) day of each month thereafter.

7. All payments pursuant to this Stipulation shall note Ms. Stafford's account number on the payment, and shall be mailed to, "Navient Solutions, Inc., P.O. Box 13611, Philadelphia, PA 19101-3611", or to any other address provided to Ms. Stafford by Navient in writing.

8. Plaintiff, Tyson J. Stafford ("Mr. Stafford"), is indebted to Navient pursuant to the applicable terms of five (5) educational loan Promissory Notes ("Mr. Stafford's Promissory Notes") executed by Mr. Stafford to obtain educational loans ("Mr. Stafford's Educational

STIPULATION FOR SETTLEMENT
BETWEEN PLAINTIFFS AND NAVIENT
SOLUTIONS, INC. AND FOR DISMISSAL
OF THIS ADVERSARY PROCEEDING - 3

Mark J. Giske, Esquire WSBA#15969
Giske Law Firm, PLLC
2661 N. Pearl St. PMB #359
Tacoma, WA 98407
Telephone: (253) 222-0050
Facsimile: (253) 292-1455
Email: mgiskelaw@outlook.com

Case 14-01458-TWD    Doc 80    Filed 11/05/15    Ent. 11/05/15 10:07:09    Pg. 3 of 7

Loans") with approximate balances, as of the date of the filing of this adversary proceeding, as follows:

      a.     one (1) Mr. Stafford's Educational Loan disbursed July 11, 2006, with a balance, including principal, interest and fees, totaling $63,559.92;

      b.     one (1) Mr. Stafford's Educational Loan disbursed March 20, 2007, with a balance, including principal, interest and fees, totaling $49,248.36;

      c.     one (1) Mr. Stafford's Educational Loan disbursed November 6, 2007, with a balance, including principal, interest and fees, totaling $36,935.78;

      d.     one (1) Mr. Stafford's Educational Loan disbursed July 21, 2008, with a balance, including principal, interest and fees, totaling $18,036.95; and

      e.     one (1) Mr. Stafford's Educational Loan disbursed October 25, 2005, with a balance, including principal, interest and fees, totaling $80,652.08;

9.     The parties agree to a discharge of Mr. Stafford's liability on the debt due Navient, owing on Mr. Stafford's Educational Loans evidenced by Mr. Stafford's Promissory Notes described in Paragraph 8.a. through 8.d. above, as included within the general discharge entered in Plaintiffs' main bankruptcy case on January 2, 2015; upon approval of this Stipulation by the court, Mr. Stafford's debt to Navient, referenced in Paragraph 8.a. through 8.d, will be included within the general discharge entered in Plaintiffs' main bankruptcy case, and is therefore, discharged.

10.    The parties agree that the balance of Mr. Stafford's Educational Loan referenced in Paragraph 8.e shall be reduced to $26,000.00 ("Mr. Stafford's Reduced Balance"), and the variable interest rate shall be reduced to a fixed rate of 1% ("Mr. Stafford's Reduced Interest"), and Mr. Stafford shall repay Mr. Stafford's Reduced Balance at Mr. Stafford's Reduced Interest rate as follows: $119.57 per month for a period of two hundred forty (240) consecutive months.

STIPULATION FOR SETTLEMENT
BETWEEN PLAINTIFFS AND NAVIENT
SOLUTIONS, INC. AND FOR DISMISSAL
OF THIS ADVERSARY PROCEEDING - 4

Mark J. Giske, Esquire WSBA#15969
Giske Law Firm, PLLC
2661 N. Pearl St. PMB #359
Tacoma, WA 98407
Telephone: (253) 222-0050
Facsimile: (253) 292-1455
Email: mgiskelaw@outlook.com

Case 14-01458-TWD   Doc 80   Filed 11/05/15   Ent. 11/05/15 10:07:09   Pg. 4 of 7

The first monthly payment is due to be received by Navient on or before January 21, 2016, with subsequent payments to be received on the twenty-first (21st) day of each month thereafter.

11. All payments pursuant to this Stipulation shall note Mr. Stafford's account number on the payment, and shall be mailed to, "Navient Solutions, Inc., P.O. Box 13611, Philadelphia, PA 19101-3611", or to any other address provided to Mr. Stafford by Navient in writing.

12. Should either Plaintiff default in repayment of the debt to be repaid as described herein, for two consecutive months, the nondischargeable balance of such Plaintiff described herein will become immediately due and owing, with credit for payments made, and Navient is free to exercise its rights in accordance with applicable law.

13. Should either Plaintiff commence any further legal proceedings against Navient, its successors or assigns, seeking a discharge of educational loan debt, all provisions of this Stipulation, and any Order thereon, are revoked with respect to such Plaintiff.

14. There is no penalty for prepayment under this Stipulation, but any prepayment, unless it is payment in full, does not relieve Plaintiffs of the obligation to make ongoing monthly payments.

15. In the event the Plaintiffs, pursuant to applicable Navient policy and the terms of the Promissory Notes, qualify for, or the parties agree to, any deferment or forbearance of payment obligations, after this Stipulation is approved, interest will continue to accrue during the time of any such deferment or forbearance, at the interest rate stated herein, so that the total amount to be repaid, and the monthly payments required, may increase from that stated herein.

STIPULATION FOR SETTLEMENT
BETWEEN PLAINTIFFS AND NAVIENT
SOLUTIONS, INC. AND FOR DISMISSAL
OF THIS ADVERSARY PROCEEDING - 5

Mark J. Giske, Esquire WSBA#15969
Giske Law Firm, PLLC
2661 N. Pearl St. PMB #359
Tacoma, WA 98407
Telephone: (253) 222-0050
Facsimile: (253) 292-1455
Email: mgiskelaw@outlook.com

Case 14-01458-TWD    Doc 80    Filed 11/05/15    Ent. 11/05/15 10:07:09    Pg. 5 of 7

16. Should any issues arise, related to billing or repayment of loans subject to this agreement, wherein the Plaintiffs believe that billing or collection efforts related to loans subject to this agreement is not in accordance with this Stipulation, Plaintiffs agree that such issues should be directed to a Supervisor or Manager in Navient's Bankruptcy Litigation Unit, who may be reached at 1-800-251-4127, or to any other telephone number provided by Navient in writing, or in response to a specific borrower inquiry. The parties understand that any such communications, if not directed as specified in this Paragraph, may not be addressed in a timely manner, or in a manner specifically in accordance with this Stipulation.

17. Except as provided in this Stipulation, all other terms of the non-discharged Promissory Notes remain in effect and are hereby incorporated by reference.

18. Any amendment, modification, or waiver of any term or condition of this Stipulation must be made in writing and signed by all parties hereto.

19. This Stipulation may be executed in counterparts, or by facsimile, each of which shall constitute an original, but all of which together shall constitute one and the same Stipulation.

20. The parties agree to a dismissal of this adversary proceeding, subject to the terms of this Stipulation, upon approval of this Stipulation by the court.

*[this space intentionally left blank]*

STIPULATION FOR SETTLEMENT
BETWEEN PLAINTIFFS AND NAVIENT
SOLUTIONS, INC. AND FOR DISMISSAL
OF THIS ADVERSARY PROCEEDING - 6

Mark J. Giske, Esquire WSBA#15969
Giske Law Firm, PLLC
2661 N. Pearl St. PMB #359
Tacoma, WA 98407
Telephone: (253) 222-0050
Facsimile: (253) 292-1455
Email: mgiskelaw@outlook.com

Case 14-01458-TWD    Doc 80    Filed 11/05/15    Ent. 11/05/15 10:07:09    Pg. 6 of 7

WHEREFORE, the parties pray this Honorable Court for an Order approving this Stipulation and dismissing the above-captioned adversary proceeding.

By: /s/ Christina L Henry
Christina L Henry
Henry, DeGraaff & McCormick, PS
1833 N 105th St, Ste 203
Seattle, WA 98133
Telephone: (206) 330-0595
E-mail: mainline@hdm-legal.com
Attorneys for Plaintiffs,
Heidi A. Stafford and Tyson J. Stafford

By: /s/ Mark J. Giske
Mark J. Giske, Esquire WSBA#15969
Giske Law Firm, PLLC
2661 N. Pearl St. PMB #359
Tacoma, WA 98407
Telephone: (253) 222-0050
Facsimile: (253) 292-1455
Email: mgiskelaw@outlook.com
Attorneys for Navient Solutions, Inc.

STIPULATION FOR SETTLEMENT
BETWEEN PLAINTIFFS AND NAVIENT
SOLUTIONS, INC. AND FOR DISMISSAL
OF THIS ADVERSARY PROCEEDING - 7

Mark J. Giske, Esquire WSBA#15969
Giske Law Firm, PLLC
2661 N. Pearl St. PMB #359
Tacoma, WA 98407
Telephone: (253) 222-0050
Facsimile: (253) 292-1455
Email: mgiskelaw@outlook.com

Case 14-01458-TWD    Doc 80    Filed 11/05/15    Ent. 11/05/15 10:07:09    Pg. 7 of 7