Entered on Docket November 5, 2015

**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**Seattle Division**

| | |
|---|---|
| In re:<br><br>HEIDI A. STAFFORD, and<br>TYSON J. STAFFORD,<br><br>Debtors. | Bankr. Case No.: 13-19709-TWD<br><br>Chapter 7 |
| HEIDI A. STAFFORD, and<br>TYSON J. STAFFORD,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., PNC BANK, N.A., and NATIONAL COLLEGIATE TRUST,<br><br>Defendants. | Adv. Proc. No.: 14-01458<br><br>**ORDER APPROVING STIPULATION FOR SETTLEMENT BETWEEN PLAINTIFFS AND NAVIENT SOLUTIONS, INC. AND DISMISSING THIS ADVERSARY PROCEEDING** |

AND NOW, upon consideration of the Stipulation for Settlement between Plaintiffs, Heidi A. Stafford and Tyson J. Stafford ("Plaintiffs") and Navient Solutions, Inc. ("Navient"), and for Dismissal of this Adversary Proceeding (Doc# 80) ("Stipulation"), it is hereby

ORDER APPROVING
STIPULATION FOR SETTLEMENT
BETWEEN PLAINTIFFS AND NAVIENT
SOLUTIONS, INC. AND DISMISSING
THIS ADVERSARY PROCEEDING - 1

Mark J. Giske, Esquire WSBA#15969
Giske Law Firm, PLLC
2661 N. Pearl St. PMB #359
Tacoma, WA 98407
Telephone: (253) 222-0050
Facsimile: (253) 292-1455
Email: mgiskelaw@outlook.com

ORDERED, that the Stipulation is hereby approved; and it is further

ORDERED, that this adversary proceeding is hereby dismissed, subject to the terms of the Stipulation and this Order.

**/// End of Order ///**

Presented by:

  /s/ Mark J. Giske
Mark J. Giske, Esquire WSBA#15969
Giske Law Firm, PLLC
2661 N. Pearl St. PMB #359
Tacoma, WA 98407
Telephone: (253) 222-0050
Facsimile: (253) 292-1455
Email: mgiskelaw@outlook.com
Attorneys for Navient Solutions, Inc.

Approved for Entry:

  /s/ Christina L Henry
Christina L Henry
Henry, DeGraaff & McCormick, PS
1833 N 105th St, Ste 203
Seattle, WA 98133
Telephone: (206) 330-0595
E-mail: mainline@hdm-legal.com
Attorneys for Plaintiffs,
Heidi A. Stafford and Tyson J. Stafford

ORDER APPROVING
STIPULATION FOR SETTLEMENT
BETWEEN PLAINTIFFS AND NAVIENT
SOLUTIONS, INC. AND DISMISSING
THIS ADVERSARY PROCEEDING - 2

Mark J. Giske, Esquire WSBA#15969
Giske Law Firm, PLLC
2661 N. Pearl St. PMB #359
Tacoma, WA 98407
Telephone: (253) 222-0050
Facsimile: (253) 292-1455
Email: mgiskelaw@outlook.com

Case 14-01458-TWD    Doc 82    Filed 11/05/15    Ent. 11/05/15 15:27:29    Pg. 2 of 2